THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS RICHARD STIEF, | : |
| | : CIVIL ACTION NO. 3:23-743 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Schwab) |
| v. | : |
| | : |
| C. MILLER, et al., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 3rd DAY OF NOVEMBER 2023, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 23) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b);

3. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. 15) is **DEEMED MOOT**;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge